[No. 7,501.—In Bank.]

HENRY ELMS ET AL. *v.* THE CITY OF LOS ANGELES.

APPEAL from a judgment for the plaintiff and from an order denying a new trial in the Superior Court of Los Angeles County. McNEALY, J.

This case presents the same facts, and was submitted on the same argument, as the case of *Feliz et al.* v. *The City of Los Angeles, supra.*

A petition for hearing in Bank was filed in the case after judgment, and denied.

The COURT:

Upon the authority of *Feliz* v. *The City of Los Angeles*, No. 7,502, judgment reversed, and the court below is instructed to enter judgment in favor of the defendant upon the finding.

Mr. Justice McKINSTRY, being absent, took no part in this decision.